ntctrialdktc (rev. 03/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Jacob Cannon Jr.<br><br>　　　　Debtor(s)<br><br>Tina Wilson<br>　　　　Plaintiff(s)<br>　vs.<br>Jacob Cannon Jr.<br>　　　　Defendant(s) | §§§§§§§§§§ | Case No.:　24–40553–elm7<br>Chapter No.:　7<br><br>Adversary No.:　24–04034–elm |

# NOTICE SETTING TRIAL DOCKET CALL

A hearing regarding Trial Docket Call has been set in the U.S. Bankruptcy Court for **October 15, 2024** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Nature(s) of suit: 68 (Dischargeability – 523(a)(6), willful and malicious injury). (1)

Meeting link:

https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

Join by phone:

16504793207 Callin number (US/Canada)
Access code: 2309 445 3213


DATED:  May 15, 2024　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Kevin Bartlett Mcnatt, Clerk of Court

　　　　　　　　　　　　　　　　　by: /s/Karyn Rueter, Deputy Clerk