IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Tina Wilson | § | |
| | § | |
| | § | |
| vs. | § | Case No. 24-40553-elm7 |
| | § | Chapter 7 |
| | § | |
| Jacob Cannon, Jr. | § | |

## MOTION FOR SUMMARY JUDGMENT

Tina Wilson provides this Motion for Summary Judgment. Pursuant to N.D. Tex. L.B.R. 7056-1, the brief will show a statement that identifies the elements of the claim as to which summary judgment is sought, the legal grounds or factual grounds on which the moving party relies, and a separate accompanying appendix with appropriate citations that supports each assertion the party makes regarding the motion's evidence.