IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Tina Wilson | § | |
| | § | |
| | § | |
| vs. | § | Case No. 24-40553-elm7 |
| | § | Chapter 7 |
| | § | |
| Jacob Cannon, Jr. | § | |

**MOTION FOR SUMMARY JUDGMENT BRIEF**

**I.    Content of Motion**

As instructed by N.D. Tex. L.B.R. 7056-1(c)(2) each of the requirements listed in N.D. Tex. L.B.R. 7056-1(c) will be addressed in the motion. Creditor Tina Wilson is moving for summary judgment against the debtor, Jacob Cannon Jr. pursuant to 11 U.S.C. § 523(a)(6) which provides that a debt is not discharged if it is for "willful and malicious injury by the debtor to another entity or to the property of another entity."

**II.    Summary**

Plaintiff is making this motion pursuant to 11 U.S.C. § 523(a)(6) which provides that a debt is not discharged if it is for "willful and malicious injury by the debtor to another entity or to the property of another entity." The Defendant (1) caused a willful and malicious injury; (2) to another entity.

**BRIEFING**

Tina Wilson, plaintiff herein, files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56., incorporated by Fed. R. Bankr. P. 7056, and for cause would show the following:

**III.    Factual Background**

This adversary proceeding was filed by the plaintiff against the defendant-debtor to obtain a determination that his debt to her is nondischargeable. Jacob Cannon Jr. is Tina Wilson's

1

stepfather. From the ages of nine to sixteen, Tina Wilson was repeatedly raped and impregnated by Jacob Cannon. Appendix at 13, 21, & 26-28. Despite multiple miscarriages and forced abortions, she had a child by him. Appendix at 28. Tina Wilson sued Jacob Cannon, Jr. on 07/01/2021 for assault, specifically continuous sexual abuse of a child, in *Tina Wilson v. Jacob Cannon*, Cause No. CC-21-02654-D in the County Court at Law No. 4 of Dallas County, Texas. Tina Wilson prevailed at a bench trial on 10/11/2023. Appendix at 2. The trial court rendered a final judgment on 10/25/2023 for $7,500,000 in actual damages and $750,000 in punitive damages. *Id.*

### IV.     Exhibits

The following exhibits are attached to the appendix:

| | | |
|---|---|---|
| Exhibit 1: | Original Petition from *Tina Wilson v. Jacob Cannon*, Cause No. CC-21-02654-D in the County Court at Law No. 4 of Dallas County, Texas |
| Exhibit 2: | Final Judgment from *Tina Wilson v. Jacob Cannon*, Cause No. CC-21-02654-D in the County Court at Law No. 4 of Dallas County, Texas |
| Exhibit 3: | Unsworn Declaration of Jonathan Wharton |
| Exhibit 4: | Reporter's Record from *Tina Wilson v. Jacob Cannon*, Cause No. CC-21-02654-D in the County Court at Law No. 4 of Dallas County, Texas |

### V.      Argument and Authorities

Summary judgment is available in adversary proceedings. Fed. R. Bnkr. P. 7056. Summary judgment is appropriate if the movant shows that there are no genuine disputes as to any material fact and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a).

Under 11 U.S.C. § 523(a)(6), a debt is not dischargeable if it is for "willful and malicious injury by the debtor to another entity or to the property of another entity." "Willful and malicious injury" means acts done with the actual intent to cause injury. *Kawaauhau v. Geiger*, 523 U.S. 57, 61 (1998).

2

The acts committed by Jacob Cannon, Jr. were done with the intent to cause injury, as established by the state court's judgment. The trial court found in favor of the plaintiff, and her only cause of action was based on the allegation that the defendant continuously sexually assaulted her as a child. Appendix at 5. The trial court awarded punitive damages, which were only available in this case if the Plaintiff proved malice, meaning "a specific intent by the defendant to cause substantial injury or harm to the claimant." Appendix at 2; Tex. Civ. Prac. & Rem. Code § 41.003(a); Tex. Civ. Prac. & Rem. Code § 41.001(7). The other legal bases for awarding punitive damages, gross negligence and fraud, have no meaning in the context of sexual assault. Tex. Civ. Prac. & Rem. Code § 41.003(a); Tex. Civ. Prac. & Rem. Code § 41.001(6) & (11). Additionally, the allegations by Tina Wilson at trial entirely consisted of sexual assault, acts that cannot be committed by accident. Appendix at 18-24. The defense, which was rejected, was that he did not commit the acts involved. Appendix at 14-16 & Appendix at 79-81.

IV. **Conclusion and Prayer**

Tina Wilson seeks a determination that the debt owed by Jacob Cannon, Jr. to her in *Tina Wilson v. Jacob Cannon*, Cause No. CC-21-02654-D in the County Court at Law No. 4 of Dallas County, Texas, is not dischargeable.

Dated: 01/28/2026

                                        Respectfully submitted,

                                        BRAD THOMAS LAW OFFICE, PLLC
                                        P.O. Box 190446
                                        Dallas, TX 75219
                                        Tel. (903) 931-3616
                                        Fax (903) 900-4727
                                        E-mail: jonwhartonlaw@gmail.com

BY: /s/Jonathan Wharton
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR PLAINTIFF,
TINA WILSON

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/28/2026, a true and correct copy of the above document was served via electronic means through the Court's ECF system to all counsel of record.

BY: /s/Jonathan Wharton
JONATHAN WHARTON
STATE BAR NO. 24075764

4