IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | Case No. 24-40553-elm7 |
| | § | |
| Jacob Cannon, Jr., | § | Chapter 7 |
| Debtor. | § | |
| _____ | § | |
| | § | |
| Tina Wilson, | § | Adv. No. 24-04034-elm |
| Plaintiff | § | |
| | § | Judge Edward L. Morris |
| vs. | § | |
| | § | |
| Jacob Cannon, Jr., | § | |
| Defendant | § | |

## MOTION FOR SUMMARY JUDGMENT

Tina Wilson provides this Motion for Summary Judgment. Pursuant to N.D. Tex. L.B.R. 7056-1, the brief will show a statement that identifies the elements of the claim as to which summary judgment is sought, the legal grounds or factual grounds on which the moving party relies, and a separate accompanying appendix with appropriate citations that supports each assertion the party makes regarding the motion's evidence.

Respectfully submitted,

BRAD THOMAS LAW OFFICE, PLLC
P.O. Box 190446
Dallas, TX 7529
Tel.: (903) 931-3616
Fax: (903) 900-4727
E-mail: jon@bradthomaslawoffice.com

BY: ___/s/Jonathan Wharton_____
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in compliance with the requirements of T.R.C.P. 21a on this date of 02/06/2026.

/s/Jonathan Wharton
JONATHAN WHARTON