IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | Case No. 24-40553-elm7 |
| | § | |
| Jacob Cannon, Jr., | § | Chapter 7 |
| Debtor. | § | |
| _____ | § | |
| | § | |
| Tina Wilson, | § | Adv. No. 24-04034-elm |
| Plaintiff | § | |
| | § | Judge Edward L. Morris |
| vs. | § | |
| | § | |
| Jacob Cannon, Jr., | § | |
| Defendant | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiff's Motion for Summary Judgment pursuant to N.D. Tex. L.B.R. 7056-1 against Defendant, Jacob Cannon, Jr. has been set for **Wednesday, March 18th, at 2:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**

**Link:** https://us-courts.webex.com/meet/morris

Meeting Number: 2309-445-3213

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207, Meeting ID: 2309 445 3213.

Respectfully submitted,

BRAD THOMAS LAW OFFICE, PLLC
P.O. Box 190446
Dallas, TX 7529
Tel.: (903) 931-3616
Fax: (903) 900-4727
E-mail: jon@bradthomaslawoffice.com

BY: /s/ Jonathan Wharton  
JONATHAN WHARTON  
STATE BAR NO. 24075764  
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record in compliance with the requirements of T.R.C.P. 21a on this date of 02/10/2026.

/s/ Jonathan Wharton  
JONATHAN WHARTON
