

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2026**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-40553-ELM |
| JACOB CANNON, JR., | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| TINA WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 24-04034 |
| | § | |
| JACOB CANNON, JR., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On May 7, 2024, Plaintiff Tina Wilson ("**Plaintiff**") initiated this adversary proceeding with the filing of her *Complaint* [Docket No. 1] (the "**Complaint**") against Defendant Jacob Cannon, Jr. ("**Defendant**"). Pursuant to the Complaint, Plaintiff has asserted a claim of nondischargeability against Defendant (the "**Nondischargeability Claim**"), whereby Plaintiff seeks the Court's determination that the debt owed by Defendant to Plaintiff pursuant to that certain

*Final Judgment* entered in Cause No. CC-21-02654-D, County Court at Law No. 4, Dallas County, Texas (the "**Judgment Debt**") is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).  On October 9, 2024, in opposition to the Complaint, Defendant filed his *Amended Answer to the Complaint of Tina Wilson Seeking Objection to Discharge* [Docket No. 14].

On March 19, 2026, the Court entered an *Order Granting Plaintiff's Motion for Summary Judgment* [Docket No. 31] (the "**Summary Judgment Order**") pursuant to which the Court granted Plaintiff's request for summary judgment against Defendant on the Nondischargeability Claim.

Based upon the Summary Judgment Order, which is incorporated herein by reference, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that, in relation to Plaintiff's Nondischargeability Claim, Plaintiff is hereby awarded judgment against Defendant. Accordingly, the Judgment Debt owed by Defendant to Plaintiff is hereby determined to be nondischargeable pursuant to 11 U.S.C. § 523(a)(6) and is hereby excluded from the bankruptcy discharge granted to Defendant in his underlying bankruptcy case, Case No. 24-40553; it is further

**ORDERED, ADJUDGED AND DECREED** that costs are awarded to Plaintiff in accordance with Fed. R. Bankr. P. 7054(b)(1); and it is further

**ORDERED, ADJUDGED AND DECREED** that all other relief requested in this action by Plaintiff or Defendant be and is hereby denied and this is a final judgment.

# # #   END OF FINAL JUDGMENT   # # #