

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-40553-ELM |
| JACOB CANNON, JR., | § | |
| | § | Chapter 7 |
|     Debtor. | § | |
| | § | |
| TINA WILSON, | § | |
| | § | |
|     Plaintiff, | § | |
| v. | § | Adversary No. 24-04034 |
| | § | |
| JACOB CANNON, JR., | § | |
| | § | |
|     Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On May 7, 2024, Plaintiff Tina Wilson ("**Plaintiff**") initiated this adversary proceeding with the filing of her *Complaint* [Docket No. 1] (the "**Complaint**") against Defendant Jacob Cannon, Jr. ("**Defendant**"). Pursuant to the Complaint, Plaintiff has asserted a claim of nondischargeability against Defendant (the "**Nondischargeability Claim**"), whereby Plaintiff seeks the Court's determination that the debt owed by Defendant to Plaintiff pursuant to that certain *Final Judgment* entered in Cause No. CC-21-02654-D, County Court at Law No. 4, Dallas County, Texas (the "**Judgment Debt**") is nondischargeable pursuant to 11 U.S.C. § 523(a)(6). On October 9, 2024, in opposition to the Complaint, Defendant filed his *Amended Answer to the Complaint of Tina Wilson Seeking Objection to Discharge* [Docket No. 14] (the "**Answer**").

Page 1

On February 6, 2026, Plaintiff filed a *Motion for Summary Judgment* [Docket No. 27] (the "**Motion**") to request the Court's entry of summary judgment on the Nondischargeability Claim pursuant to Fed. R. Civ. P. 56 (made applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. 7056) and N.D. Tex. L.B.R. 7056-1.  The Motion includes Plaintiff's brief in support [Docket No. 27-1] and an appendix with supporting documentation [Docket No. 27-2].  On February 13, 2026, in opposition to the Motion, Defendant filed *Defendant Jacob Cannon Jr.'s Response to Plaintiff's Motion for Summary Judgment* [Docket No. 29] (the "**Response**").

On March 28, 2026, the Court conducted a hearing on the Motion.  At such hearing, respective counsel for the Plaintiff and the Defendant appeared and presented argument to the Court.  At the conclusion of the hearing, having considered the Complaint, the Answer, the Motion, the Response, and the representations and arguments of counsel, for reasons set out in the Motion and orally announced on the record at the hearing, which are incorporated herein by reference, the Court announced on the record that the Motion would be granted, having found no genuine dispute as to any material fact and that the Plaintiff is entitled to judgment as a matter of law.

Thus, based upon the foregoing, it is hereby:

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that, by separate Final Judgment, Plaintiff shall be awarded judgment against Defendant on her Nondischargeability Claim, thereby resulting in the Judgment Debt being determined to be nondischargeable pursuant to 11 U.S.C. § 523(a)(6) and excluded from the bankruptcy discharge granted to Defendant in his underlying bankruptcy case, Case No. 24-40553.

# # #   END OF ORDER   # # #

United States Bankruptcy Court

Northern District of Texas

Wilson,

    Plaintiff

Adv. Proc. No. 24-04034-elm

Cannon Jr.,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026        Signature:    /s/Gustava Winters

District/off: 0539-4                                      User: admin                                          Page 2 of 2
Date Rcvd: Mar 19, 2026                           Form ID: pdf001                              Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Defendant Jacob Cannon Jr. clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Jonathan Wharton | on behalf of Plaintiff Tina Wilson jonwhartonlaw@gmail.com |
| Warren V. Norred | on behalf of Defendant Jacob Cannon Jr. warren@norredlaw.com<br>anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 3