



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-40553-ELM |
| JACOB CANNON, JR., | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| TINA WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 24-04034 |
| | § | |
| JACOB CANNON, JR., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On May 7, 2024, Plaintiff Tina Wilson ("**Plaintiff**") initiated this adversary proceeding with the filing of her *Complaint* [Docket No. 1] (the "**Complaint**") against Defendant Jacob Cannon, Jr. ("**Defendant**"). Pursuant to the Complaint, Plaintiff has asserted a claim of nondischargeability against Defendant (the "**Nondischargeability Claim**"), whereby Plaintiff seeks the Court's determination that the debt owed by Defendant to Plaintiff pursuant to that certain

*Final Judgment* entered in Cause No. CC-21-02654-D, County Court at Law No. 4, Dallas County, Texas (the "**Judgment Debt**") is nondischargeable pursuant to 11 U.S.C. § 523(a)(6).  On October 9, 2024, in opposition to the Complaint, Defendant filed his *Amended Answer to the Complaint of Tina Wilson Seeking Objection to Discharge* [Docket No. 14].

On March 19, 2026, the Court entered an *Order Granting Plaintiff's Motion for Summary Judgment* [Docket No. 31] (the "**Summary Judgment Order**") pursuant to which the Court granted Plaintiff's request for summary judgment against Defendant on the Nondischargeability Claim.

Based upon the Summary Judgment Order, which is incorporated herein by reference, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that, in relation to Plaintiff's Nondischargeability Claim, Plaintiff is hereby awarded judgment against Defendant. Accordingly, the Judgment Debt owed by Defendant to Plaintiff is hereby determined to be nondischargeable pursuant to 11 U.S.C. § 523(a)(6) and is hereby excluded from the bankruptcy discharge granted to Defendant in his underlying bankruptcy case, Case No. 24-40553; it is further

**ORDERED, ADJUDGED AND DECREED** that costs are awarded to Plaintiff in accordance with Fed. R. Bankr. P. 7054(b)(1); and it is further

**ORDERED, ADJUDGED AND DECREED** that all other relief requested in this action by Plaintiff or Defendant be and is hereby denied and this is a final judgment.

### END OF FINAL JUDGMENT ###

United States Bankruptcy Court

Northern District of Texas

Wilson,

    Plaintiff

    Adv. Proc. No. 24-04034-elm

Cannon Jr.,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Mar 19 2026 22:16:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026      Signature:      /s/Gustava Winters

District/off: 0539-4                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 19, 2026                     Form ID: pdf001                           Total Noticed: 5

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Clayton Everett | on behalf of Defendant Jacob Cannon Jr. clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Jonathan Wharton | on behalf of Plaintiff Tina Wilson jonwhartonlaw@gmail.com |
| Warren V. Norred | on behalf of Defendant Jacob Cannon Jr. warren@norredlaw.com<br>anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 3